ACCEPTED
14-15-00345-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/8/2015 3:29:50 PM
CHRISTOPHER PRINE
CLERK

**CASE NO. 14-15-00345-CR**

IN THE 14TH COURT OF APPEALS

OF THE STATE OF TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
10/8/2015 3:29:50 PM
CHRISTOPHER A. PRINE
Clerk

**THE STATE OF TEXAS, APPELLEE**

**v.**

**NAYAJAH NIYA DAVIS, APPELLANT**

Appealed from the 262nd Judicial District Court
Harris County, Texas
Trial Cause No. 1412475

**APPELLANT'S MOTION FOR EXTENSION OF
TIME TO FILE APPELLANT'S BRIEF**

**TO THE HONORABLE COURT OF APPEALS:**

Comes now, Appellant, Nayajah Niya Davis, and files this, her motion for extension of time to file Appellant's Brief on the Merits. The Appellant has neither requested nor been granted a previous extension of time to file Appellant's brief.

The facts reasonably relied upon to explain the need for an extension of time are as follows:

The issue(s) before the Court is/are believed, by the Appellant, to be of tremendous importance. The issue involves a great deal of research on a number of issues involving

Brady/exculpatory materials, intelligent and knowing waivers of certain constitutional rights, and issues related to subpoena(s) and protective orders.

Additionally, the Appellant's Attorney is currently finalizing appellate briefs in COA No. 10-15-00155-CR; Ester Porras Natividad v. The State of Texas and COA No. 10-15-00007-CR; Yvonne Carol Lindsey v. The State of Texas.

Counsel for Appellant respectfully requests the Honorable Court to grant a ninety (90) day extension, or in the alternative a sixty (60) day extension in order that the Appellant can procure the money needed to obtain the Court Reporter's Record and allow for her attorney to properly review the record and prepare an appropriate brief addressing the issues anticipated to be raised.

Respectfully submitted,

/s/ J. Paxton Adams

_____

J. Paxton Adams
Attorney at Law
SBN: 24042459
1113 Twelfth Street
Huntsville, Texas 77340
Tel. (936) 291-9900
Fax (936) 291-9903
ATTORNEY FOR APPELLANT

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a copy of the foregoing Appellant's Motion for Extension of Time to File Appellant's Brief was forwarded to the following, on this the 8th day of October, 2015.

/s/ J. Paxton Adams

_____

J. Paxton Adams